No. 77–233.  VILLARREAL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari dismissed September 21, 1977, under this Court's Rule 60.

No. 77–59.  POWELL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari dismissed September 27, 1977, under this Court's Rule 60.

No. 76–6841.  MCGHEE *v.* GARRISON, WARDEN.  C. A. 4th Cir.  Certiorari dismissed September 27, 1977, under this Court's Rule 60.

No. 77–5290.  KING *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari dismissed September 27, 1977, under this Court's Rule 60.

No. 77–50.  ORDER OF AHEPA, AKA AMERICAN HELLENIC EDUCATIONAL & PROGRESSIVE ASSN., INC. *v.* TRAVEL CONSULTANTS, INC.  Ct. App. D. C.  Certiorari dismissed September 29, 1977, under this Court's Rule 60.

OCTOBER 3, 1977

No. 77–5310.  TURNER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari dismissed under this Court's Rule 60.

No. 76–1563.  COCA COLA BOTTLING COMPANY OF PUERTO RICO, INC., ET AL. *v.* ALONSO-GARCIA, MANAGER, STATE INSURANCE FUND, ET AL.  Affirmed on appeal from D. C. P. R.

No. 77–180.  HAGOPIAN *v.* JUSTICES OF THE SUPREME JUDICIAL COURT OF MASSACHUSETTS.  Affirmed on appeal from D. C. Mass.